# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHELENE I. BRIGGS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANDREW M. SAUL,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-01094-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

On August 8, 2019, the Court dismissed Plaintiff's complaint with leave to amend and ordered that any amended complaint be filed no later than August 22, 2019. Docket No. 6. To date, no amended complaint has been filed. Accordingly, the Court **RECOMMENDS** that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1