# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHELENE IRENE BRIGGS,

     Plaintiff(s),

v.

ANDREW M. SAUL,

     Defendant(s).

Case No.: 2:19-cv-01094-APG-NJK

**ORDER**

(Docket No. 11)

On January 8, 2020, the Court ordered Plaintiff's counsel, Mr. Sackett, to show cause in writing how the allegations in Plaintiff's filed complaints—as to the timeliness of this action—are consistent. *See* Docket No. 10. Mr. Sackett filed a declaration, purportedly clarifying the correct relevant dates and stating that the inconsistency in Plaintiff's filed complaints was inadvertent. Docket No. 11 at 2. However, Mr. Sackett failed to file, along with his declaration or any of his later filings, a copy of the letter from the Appeals Council to Plaintiff. Accordingly, the Court **ORDERS** Mr. Sackett to file a copy of that letter no later than February 11, 2020.

IT IS SO ORDERED.

Dated: February 5, 2020

_____
Nancy J. Koppe
United States Magistrate Judge