# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELENE IRENE BRIGGS,<br>  Plaintiff(s),<br>v.<br>ANDREW M. SAUL,<br>  Defendant(s). | Case No.: 2:19-cv-01094-APG-NJK<br>**ORDER**<br>(Docket No. 17) |

On February 5, 2020, the Court ordered, as part of its earlier order to show cause on January 8, 2020, that Plaintiff's counsel file a copy of the letter from the Appeals Council to Plaintiff no later than February 11, 2020. Docket No. 16. Plaintiff's counsel did so. *See* Docket No. 17. The Court has considered that letter, along with Plaintiff's response to the Court's order to show cause, Docket No. 11, and **DISCHARGES** the order to show cause at Docket No. 10.

IT IS SO ORDERED.

Dated: February 19, 2020

　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge