# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELENE I. BRIGGS,<br>    Plaintiff(s),<br>v.<br>ANDREW M. SAUL,<br>    Defendant(s). | Case No.: 2:19-cv-01094-APG-NJK<br><br>**ORDER**<br><br>(Docket Nos. 14, 15) |

On August 8, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. Docket No. 6. On October 3, 2019, Plaintiff filed an amended complaint. Docket No. 8. The Court issued an order to show cause regarding the amended complaint; the order to show cause was later discharged. *See* Docket Nos. 10, 16, 18. On January 11, 2020, Plaintiff filed a motion for leave to file a second amended complaint and an addendum to the motion that contained the second amended complaint. Docket Nos. 14, 15.

The Court has screened the second amended complaint pursuant to 28 U.S.C. § 1915(e). To satisfy the Court's screening, as noted in the Court's previous screening order at Docket No. 6, a complaint must: (1) establish that administrative remedies were exhausted pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within sixty days of a final decision; (2) indicate the judicial district in which the plaintiff resides; (3) state the nature of the plaintiff's disability and when the plaintiff claims to have become disabled; (4) contain a plain, short, and concise statement that identifies the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief. *See, e.g.*, *Graves v. Colvin*, 2015 WL 357121, *2 (D. Nev. Jan. 26, 2015) (collecting cases). Although Plaintiff's

1

second amended complaint satisfies most of these requirements, it does not state when she claims to have become disabled.

Accordingly, the Court **DENIES** Plaintiff's motion for leave to file a second amended complaint without prejudice and **DISMISSES** Plaintiff's second amended complaint with leave to amend.  Docket Nos. 14, 15.  Plaintiff will have until March 10, 2020, to file a third amended complaint, if she believes the noted deficiency can be corrected.  Plaintiff is also reminded that any motion for leave to file a third amended complaint must fully comply with Local Rule 15-1.

IT IS SO ORDERED.

Dated: February 25, 2020

_____
Nancy J. Koppe
United States Magistrate Judge