# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHELENE I. BRIGGS,

    Plaintiff(s),

v.

ANDREW M. SAUL,

    Defendant(s).

Case No.: 2:19-cv-01094-APG-NJK

**ORDER**

(Docket No. 20)

On August 8, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. Docket No. 6. On October 3, 2019, Plaintiff filed an amended complaint. Docket No. 8. The Court issued an order to show cause regarding the amended complaint; the order to show cause was later discharged. *See* Docket Nos. 10, 16, 18. On January 11, 2020, Plaintiff filed a motion for leave to file a second amended complaint and an addendum to the motion that contained the second amended complaint. Docket Nos. 14, 15. On February 25, 2020, the Court denied Plaintiff's motion for leave to file a second amended complaint and dismissed Plaintiff's second amended complaint with leave to amend. Docket No. 19. On February 26, 2020, despite the Court's order granting leave to amend, Plaintiff filed a motion for leave to file a third amended complaint and a proposed third amended complaint. Docket No. 20.

The Court has screened the third amended complaint pursuant to 28 U.S.C. § 1915(e). The Court finds that the third amended complaint has sufficiently addressed the previously identified deficiencies for screening purposes.

Accordingly, the Court **DENIES** as unnecessary Plaintiff's motion for leave to file a third amended complaint. Docket No. 20. The Court **ORDERS** as follows:

    1. The Clerk's Office shall file Plaintiff's third amended complaint, Docket No. 20-1, on the docket.

2. The Clerk of the Court shall serve the Commissioner of the Social Security Administration by sending a copy of the summons and Third Amended Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

3. The Clerk of Court shall issue summons to the United States Attorney for the District of Nevada and deliver the summons and Third Amended Complaint to the U.S. Marshal for service.

4. From this point forward, Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the defendants or counsel for the defendants. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

IT IS SO ORDERED.

Dated: February 28, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge