# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHELENE I. BRIGGS,

    Plaintiff,

v.

ANDREW M. SAUL,

    Defendant.

Case No.: 2:19-cv-01094-APG-NJK

**ORDER**

(Docket No. 29)

Pending before the Court is Defendant, Commissioner of Social Security's motion for stay of proceedings.[1]  Docket No. 29.  For good cause shown, the Court **GRANTS** in part the motion. *Id.*  The Court extends Commissioner's deadline to file the certified administrative record until June 16, 2020.  Commissioner must file a status report no later than June 2, 2020, setting forth the current circumstances in the Social Security Administration regarding the production of certified administrative records.  If a further extension of the deadline is necessary, Commissioner must file that request no later than June 2, 2020.

IT IS SO ORDERED.

Dated: April 17, 2020

                                                              Nancy J. Koppe
United States Magistrate Judge

---

[1] Commissioner titles his filing as an *ex parte* motion; however, it is not filed on an *ex parte* basis and it would not have been appropriate for Commissioner to have filed the motion *ex parte*.