# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELENE I. BRIGGS,<br>    Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>    Defendant. | Case No.: 2:19-cv-01094-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 31) |

Pending before the Court is Defendant Commissioner of Social Security's status report and request for further stay. Docket No. 31. Specifically, Commissioner requests (1) that the Court extend the deadline to file the certified administrative record until August 17, 2020; and (2) that the Court permit Commissioner to file only the electronic certified administrative record and either allow Commissioner to file the electronic certified administrative record not under seal or "make the sealed [electronic certified administrative record] available to Plaintiff for review" through the Docket. *See id.* at 3.

The Commissioner's filing is procedurally and factually inaccurate. Including a request for extension in a status report violates the Local Rules. *See* Local Rule IC 2-2(b). Further, no stay has been imposed in this case. *See* Docket No. 30. The Court expects counsel to make accurate representations in its filings.

Nonetheless, the Court extends the deadline to file the certified administrative record until August 17, 2020. However, Commissioner may not file only an electronic certified administrative and must, by August 17, 2020, file the certified administrative record in the normal course typically required by the Court (i.e., on a CD and in hard form). Commissioner must also file a status report

no later than August 10, 2020, setting forth the current circumstances in the Social Security Administration regarding the production of certified administrative records. If a further extension of the deadline is necessary, Commissioner must file that request no later than August 10, 2020.

IT IS SO ORDERED.

Dated: June 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge