HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| SHELENE IRENE BRIGGS, | Case No. 2:19-cv-01094-APG-NJK |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| ANDREW M SAUL,<br>Commissioner of Social Security, | |
| Defendant | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until November 13, 2020, in which to e-file her Reply to Defendants Response to Motion for Summary Judgment.  This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated:  October 14, 2020 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | SHELENE IRENE BRIGGS |

Dated:  October 14, 2020            */s/ ALLISON J. CHEUNG*
                                    ALLISON J. CHEUNG
                                    Special Assistant U.S. Attorney
                                    Social Security Administration
                                    [*As authorized by email 10/14/20]

IT IS ORDERED.

Dated:  October 15, 2020            _____
                                    ANDREW P. GORDON
                                    United States District Judge

STIPULATION AND ORDER

2