AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Shelene Irene Briggs,

           Plaintiff,

v.

Andrew M. Saul,

           Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-01094-APG-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff Shelene Briggs' motion for attorney's fees ECF No. 53 is GRANTED. $25,066.65 in attorney's fees is awarded to Sackett and Associates under 42 U.S.C. § 406(b). It Is Further ordered that Sackett and Associates must reimburse Briggs the amount of $5,066.65 for the EAJA fees previously paid by the Commissioner.

11/02/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk